# EXHIBIT 10

## LYCHING, WHITES AND NEGROES, 1882 – 1968

| YEAR | WHITES | NEGROES | TOTAL |
|---|---|---|---|
| 1882 | 64 | 49 | 113 |
| 1883 | 77 | 53 | 130 |
| 1884 | 160 | 51 | 211 |
| 1885 | 110 | 74 | 184 |
| 1886 | 64 | 74 | 138 |
| 1887 | 50 | 70 | 120 |
| 1888 | 68 | 69 | 137 |
| 1889 | 76 | 94 | 170 |
| 1890 | 11 | 85 | 96 |
| 1891 | 71 | 113 | 184 |
| 1892 | 69 | 161 | 230 |
| 1893 | 34 | 118 | 152 |
| 1894 | 58 | 134 | 192 |
| 1895 | 66 | 113 | 179 |
| 1896 | 45 | 78 | 123 |
| 1897 | 35 | 123 | 158 |
| 1898 | 19 | 101 | 120 |
| 1899 | 21 | 85 | 106 |
| 1900 | 9 | 106 | 115 |
| 1901 | 25 | 105 | 130 |

## LYNCHING, WHITES AND NEGROES, 18882 – 1968

| YEAR | WHITES | NEGROES | TOTAL |
|---|---|---|---|
| 1902 | 7 | 85 | 92 |
| 1903 | 15 | 84 | 99 |
| 1904 | 7 | 76 | 83 |
| 1905 | 5 | 57 | 62 |
| 1906 | 3 | 62 | 65 |
| 1907 | 3 | 58 | 61 |
| 1908 | 8 | 89 | 97 |
| 1909 | 13 | 69 | 82 |
| 1910 | 9 | 67 | 76 |
| 1911 | 7 | 60 | 67 |
| 1912 | 2 | 62 | 64 |
| 1913 | 1 | 51 | 52 |
| 1914 | 4 | 51 | 55 |
| 1915 | 13 | 56 | 69 |
| 1916 | 4 | 50 | 54 |
| 1917 | 2 | 36 | 38 |
| 1918 | 4 | 60 | 64 |
| 1919 | 7 | 76 | 83 |
| 1920 | 8 | 53 | 61 |
| 1921 | 5 | 59 | 64 |

## LYNCHING, WHITES AND NEGROES, 1882 – 1968

| YEAR | WHITES | NEGROES | TOTAL |
|---|---|---|---|
| 1922 | 6 | 51 | 57 |
| 1923 | 4 | 29 | 33 |
| 1924 | 0 | 16 | 16 |
| 1925 | 0 | 17 | 17 |
| 1926 | 7 | 23 | 30 |
| 1927 | 0 | 16 | 16 |
| 1928 | 1 | 10 | 11 |
| 1929 | 3 | 7 | 10 |
| 1930 | 1 | 20 | 21 |
| 1931 | 1 | 12 | 13 |
| 1932 | 2 | 6 | 8 |
| 1933 | 4 | 24 | 28 |
| 1934 | 0 | 15 | 15 |
| 1935 | 2 | 18 | 20 |
| 1936 | 0 | 8 | 8 |
| 1937 | 0 | 8 | 8 |
| 1938 | 0 | 6 | 6 |
| 1939 | 1 | 2 | 3 |
| 1940 | 1 | 4 | 5 |
| 1941 | 0 | 4 | 4 |

## LYNCHING, WHITES AND NEGROES, 1882 – 1968

| YEAR | WHITES | NEGROES | TOTAL |
|------|--------|---------|-------|
| 1942 | 0 | 6 | 6 |
| 1943 | 0 | 3 | 3 |
| 1944 | 0 | 2 | 2 |
| 1945 | 0 | 1 | 1 |
| 1946 | 0 | 6 | 6 |
| 1947 | 0 | 1 | 1 |
| 1948 | 1 | 1 | 2 |
| 1949 | 0 | 3 | 3 |
| 1950 | 1 | 1 | 2 |
| 1951 | 0 | 1 | 1 |
| 1952 | 0 | 0 | 0 |
| 1953 | 0 | 0 | 0 |
| 1954 | 0 | 0 | 0 |
| 1955 | 0 | 3 | 3 |
| 1956 | 0 | 0 | 0 |
| 1957 | 1 | 0 | 1 |
| 1958 | 0 | 0 | 0 |
| 1959 | 0 | 1 | 1 |
| 1960 | 0 | 0 | 0 |

## LYNCHINGS, WHITES AND NEGROES, 1882- 1968

| YEAR | WHITES | NEGROES | TOTAL |
|---|---|---|---|
| 1961 | 0 | 1 | 1 |
| 1962 | 0 | 0 | 0 |
| 1963 | 0 | 1 | 1 |
| 1964 | 2 | 1 | 3 |
| 1965 | 0 | 0 | 0 |
| 1966 | 0 | 0 | 0 |
| 1967 | 0 | 0 | 0 |
| 1968 | 0 | 0 | 0 |
| Total | ~~1,297~~ 1299 | 3,446 | ~~4,743~~ 4,745 |

## LYNCHING BY STATES AND RACE 1882 – 1968

| STATE | WHITES | NEGROES | TOTAL |
|---|---|---|---|
| Alabama | 48 | 299 | 347 |
| Arizona | 31 | 0 | 31 |
| Arkansas | 58 | 266 | 284 |
| California | 41 | 2 | 43 |
| Colorado | 65 | 3 | 68 |
| Delaware | 0 | 1 | 1 |
| Florida | 25 | 257 | 282 |
| Georgia | 39 | 492 | 531 |
| Idaho | 20 | 0 | 20 |
| Illinois | 15 | 19 | 34 |
| Indiana | 33 | 14 | 47 |
| Iowa | 17 | 2 | 19 |
| Kansas | 35 | 19 | 54 |
| Kentucky | 63 | 142 | 205 |
| Louisiana | 56 | 335 | 391 |
| Maine | 1 | 0 | 1 |
| Maryland | 2 | 27 | 29 |
| Michigan | 7 | 1 | 8 |
| Minnesota | 5 | 4 | 9 |

| STATE | WHITES | NEGROES | TOTAL |
|---|---|---|---|
| Mississippi | 42 | 539 | 581 |
| Missouri | 53 | 69 | 122 |
| Montana | 82 | 2 | 84 |
| Nebraska | 52 | 5 | 57 |
| Nevada | 6 | 0 | 6 |
| New Jersey | 1 | 1 | 2 |
| New Mexico | 33 | 3 | 36 |
| New York | 1 | 1 | 2 |
| North Carolina | 15 | 86 | 101 |
| North Dakota | 13 | 3 | 16 |
| Ohio | 10 | 16 | 26 |
| Oklahoma | 82 | 40 | 122 |
| Oregon | 20 | 1 | 21 |
| Pennsylvania | 2 | 6 | 8 |
| South Carolina | 4 | 156 | 160 |
| South Dakota | 27 | 0 | 27 |
| Tennessee | 47 | 204 | 251 |
| Texas | 141 | 352 | 493 |
| Utah | 6 | 2 | 8 |
| Vermont | 1 | 0 | 1 |

| STATE | WHITES | NEGROES | TOTAL |
|---|---|---|---|
| Virginia | 17 | 83 | 100 |
| Washington | 25 | 1 | 26 |
| West Virginia | 20 | 28 | 48 |
| Wisconsin | 6 | 0 | 6 |
| Wyoming | 30 | 5 | 35 |
| Total | 1,297 | 3,446 | 4,743 |