# EXHIBIT 11



# GOP Senate candidate tells African-Americans: Stop 'begging for federal government scraps'



**Geoff Pender**, Mississippi Clarion Ledger       Published 2:35 p.m. ET Sept. 14, 2018 | **Updated 3:58 p.m. ET Sept. 14, 2018**



*(Photo: AP)*

Republican U.S. Senate candidate Chris McDaniel was booed by a live MSNBC audience on Friday after he said African-Americans from his home state of Mississippi should stop "begging for federal government scraps."

McDaniel and other Senate candidates were interviewed on the "Morning Joe" show during its live broadcast at the University of Mississippi.

An interview panelist asked McDaniel about his support for the controversial state flag, comments about hip-hop music contributing to gun violence and praise of Confederate Gen. Robert E. Lee.

The panelist, Eddie Glaude, also asked McDaniel how he would speak to African-Americans in Mississippi, who make up 38 percent of the state's population and how he would convince them "you are not a danger to them."

McDaniel responded: "I am going to ask them, after 100 years, after 100 years of relying on big government to save you, where are you today? After 100 years of begging for federal government scraps, where are you today?"

After the audience booed the comments, McDaniel quickly said: "I mean the state of Mississippi. I'm talking about the state of Mississippi ... To your question, the candidate I am is the candidate that wants to expand your liberty ... break out of old ways."

After the Clarion Ledger reported his comments, McDaniel sent a message to the newspaper, saying: "It was an 11-minute segment. And that one sentence is your primary focus? I easily clarified my position – that is, Mississippi being the dead last state of the Union in terms of wealth and economic prosperity, based on outdated economic models."

McDaniel faces appointed Republican Sen. Cindy Hyde-Smith, former U.S. Rep. Mike Espy and military veteran Democrat Tobey Bartee in a Nov. 6 special election to fill out the remaining two years of longtime Sen. Thad Cochran's term.



*Contact Geoff Pender at 601-961-7266 or gpender@gannett.com (mailto:gpender@gannett.com). Follow him on Twitter (https://twitter.com/GeoffPender).*

Read or Share this story: https://usat.ly/2N9TtUZ

