# EXHIBIT 13



# Ex-Kasich aide accuses Trump 'racist' language about black D candidate

BY MEGAN KELLER · 11/27/18 09:37 AM EST

**516** SHARES

SHARE        TWE



© Getty Images

John Weaver, a Republican strategist who worked on Ohio Gov. John Kasich's (R) 2016 presidential campaign, accused President Trump on Monday of using "racist" language to discuss Mississippi Senate candidate Mike Espy (D), who is black.

"@espyforsenate & his family -- especially his grandfather -- have served Mississippi for generations," Weaver tweeted Monday night. "What a (not much) coded racist message from the 'president*'"

## Just In...

**Pompeo: 'I'm still in charge of' North Korea negotiation team**
ADMINISTRATION — 6M 33S AGO

**With Mueller report, political media forgot the definition of insanity**
OPINION — 27M 12S AGO

**Buttigieg to join striking Stop & Shop workers**
CAMPAIGN — 28M 6S AGO

**George Zimmerman kicked off dating apps**
BLOG BRIEFING ROOM — 30M 49S AGO

**Notre Dame rector: 'Computer glitch' possible fire culprit**
INTERNATIONAL — 32M 21S AGO

**Overdose deaths should have been a public scandal before Middle America became a victim**
OPINION — 57M 12S AGO

**Giuliani: Counterreport will detail Barr's decision on obstruction**
RISING — 1H 12M AGO

**The Constitution will have the final word on President Trump**
OPINION — 1H 12M AGO

**VIEW ALL**



John Weaver
@jwgop

@espyforsenate & his family -- especially his grandfather -- have served Mississippi for generations. What a (not much) coded racist message from the "president*"

Christina Wilkie    @christinawilkie
Trump on Democratic Senate candidate Mike Espy: "How does he fit in with Mississippi? I mean, how does he fit in?"

363   11:48 PM · Nov 26, 2018

Weaver's tweet came in response to Trump's remarks at a rally for Espy's opponent, embattled Sen. Cindy Hyde-Smith (R).

"Oh, he's far-left, he's out there. How does he fit in with Mississippi? I mean, how does he fit in?" Trump told supporters in Mississippi on Monday.

Espy is competing in a heated runoff election Tuesday with Hyde-Smith, who has become mired in controversy over her remarks that she'd be "on the front row" if a supporter invited her to a "public hanging." Hyde-Smith has said the comments were a joke.

Hyde-Smith has also drawn scrutiny for joking about making it more difficult for liberal students to vote as well as over a 2014 photo that resurfaced of her wearing a Confederate hat in a museum.

Espy has also faced obstacles, with Republican attacks over a past lobbying contract with a West African despot and previous bribery allegations, though he's been acquitted of all charges.

**TAGS  DONALD TRUMP   RACISM   CODED RACISM   MISSISSIPPI SENATE RACE**

SHARE                    TWEET

Related News        by        |



NY City Council bill would ban sale of...



Don't Ignore These 11 Signs Of PsA
Sponsored | HealthCentral

Sarah Sanders:
Congress not 'smart...

Mnuchin plans to hire ex-Fox News...

THE                    WASHINGTON DC 20006 | 202-628-8500 TEL | 202-628-8503 FAX
THE                    9 CAPITOL HILL PUBLISHING CORP., A SUBSIDIARY OF NEWS COMMUNICATIONS, INC.