# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| LESLIE-BURL McLEMORE; <br> CHARLES HOLMES; <br> JIMMIE ROBINSON, SR.; <br> RODERICK WOULLARD; <br> BRENDA BOOTH; <br> JORDAN MALONE; and <br> TYLER YARBROUGH, <br><br> Plaintiffs, <br><br> v. <br><br> DELBERT HOSEMANN, in his official capacity as the Mississippi Secretary of State; and PHILIP GUNN, in his official capacity as the Speaker of the Mississippi House of Representatives, <br><br> Defendants. | Civil Action <br><br> Case No. 3:19-cv-383-DPJ-FKB |

## PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Plaintiffs Leslie-Burl McLemore, Charles Holmes, Jimmie Robinson, Sr., Roderick Woullard, Brenda Booth, Jordan Malone, and Tyler Yarbrough file this Response in Opposition to Defendants' Motion to Dismiss for Lack of Jurisdiction and Immunity (ECF 27, 28). In support, Plaintiffs rely on the arguments and authorities set forth in their accompanying Memorandum of Law. For the reasons discussed in their Memorandum of Law, Plaintiffs respectfully request that the Court deny Defendants' Motion to Dismiss. Plaintiffs additionally request such other and further relief as the Court deems just and appropriate.

August 19, 2019                              Respectfully submitted,

/s/ *Uzoma N. Nkwonta*
Marc E. Elias*
Email: MElias@perkinscoie.com
Uzoma N. Nkwonta*
Email: UNkwonta@perkinscoie.com
Jacki L. Anderson*
Email: JackiAnderson@perkinscoie.com
K'Shaani Smith*
Email: KShaaniSmith@perkinscoie.com
Daniel C. Osher*
Email: DOsher@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211

Robert B. McDuff, MSB 2532
Email: rbm@mcdufflaw.com
767 North Congress Street
Jackson, MS 39202-3009
Telephone: (601) 969-0802
Fax: (601) 969-0804

Beth L. Orlansky, MSB 3938
Email: borlansky@mscenterforjustice.org
MISSISSIPPI CENTER FOR JUSTICE
P.O. Box 1023
Jackson, MS 39205-1023
Telephone: (601) 352-2269
Fax: (601) 352-4769

*Counsel for Plaintiffs*

*Admitted *Pro Hac Vice*

- 3 -

## CERTIFICATE OF SERVICE

I certify that on August 19, 2019, I filed the foregoing Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                              */s/ Uzoma N. Nkwonta*
                              Uzoma N. Nkwonta
                              PERKINS COIE LLP
                              700 13th St. N.W., Suite 600
                              Washington, D.C.  20005-3960
                              Phone: (202) 654-3347
                              Fax: (202) 624-9547
                              Email: UNkwonta@perkinscoie.com