UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LESLIE-BURL MCLEMORE, ET AL.                                                PLAINTIFFS

V.                                            CIVIL ACTION NO. 3:19-CV-383-DPJ-FKB

DELBERT HOSEMANN, IN HIS                                                    DEFENDANTS
OFFICIAL CAPACITY AS THE
MISSISSIPPI SECRETARY OF
STATE, ET AL.

ORDER

This voting-rights case came before the Court on December 12, 2019, at the Court's request to discuss a possible stay. In addition to counsel, Defendants Delbert Hosemann and Philip Gunn attended, as did Secretary of State-elect Michael Watson.[1] For reasons discussed in the previous order of the Court denying Plaintiffs' motion for preliminary injunction, *see* Order [34], the Court finds that the case should be stayed to give the state an opportunity in the legislative session to address whether the challenged provisions of the Mississippi Constitution should be amended. If the amendment process falls short, then there would be ample time to resume this litigation and resolve the matter before the 2023 election cycle. The stay will spare the parties the time and considerable expense of litigating provisions that might change through the amendment process.

IT IS, THEREFORE, ORDERED that this matter is stayed to give the state an opportunity in the legislative session to address whether the challenged provisions of the Mississippi Constitution should be amended in November 2020. If at any point before that date

---

[1] Once sworn in, Mr. Watson should be substituted for Mr. Hosemann.

03463580                                         1

it appears that the disputed provisions will not be amended, then either party may move the Court to lift the stay and resume the litigation.

      **SO ORDERED AND ADJUDGED** this the 13th day of December, 2019.

                                        s/ *Daniel P. Jordan III*
                                        CHIEF UNITED STATES DISTRICT JUDGE