IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| LESLIE-BURL McLEMORE;<br>CHARLES HOLMES;<br>JIMMIE ROBINSON, SR.;<br>RODERICK WOULLARD,<br>BRENDA BOOTH;<br>JORDAN MALONE; and<br>TYLER YARBROUGH<br><br>            Plaintiffs,<br><br>     v.<br><br>MICHAEL WATSON,[1] in his official capacity as the Mississippi Secretary of State; and PHILIP GUNN, in his official capacity as the Speaker of the Mississippi House of Representatives,<br><br>            Defendants. | Civil Action<br><br>Case No. 3:19-cv-383-DPJ-FKB |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs Leslie-Burl McLemore, Charles Holmes, Jimmie Robinson, Sr., Roderick Woullard, Brenda Booth, Jordan Malone, and Tyler Yarbrough hereby submit this notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). This notice takes immediate effect because Defendants in this matter have not served "an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). And because no plaintiff has "previously dismissed any federal- or state-court action based on or including the same claim," this dismissal "is without prejudice." Fed. R. Civ. P. 41(a)(1)(B).

---

[1] On January 14, 2020, Michael Watson succeeded Delbert Hosemann as Mississippi Secretary of State. Pursuant to Federal Rule of Civil Procedure 25(d), Secretary Watson is "automatically substituted as a party" in the place of former Secretary Hosemann.

December 10, 2020                                     Respectfully submitted,

*/s/ Marc. E. Elias*
Marc E. Elias*
Email: MElias@perkinscoie.com
Daniel C. Osher*
Email: DOsher@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211

Robert B. McDuff (MSB #2532)
Email: rbm@mcdufflaw.com
767 North Congress Street
Jackson, M.S. 39202-3009
Telephone: (601) 969-0802
Facsimile: (601) 969-0804

Beth L. Orlansky, (MSB #3938)
Email: borlansky@mscenterforjustice.org
MISSISSIPPI CENTER FOR JUSTICE
P.O. Box 1023
Jackson, M.S. 39205-1023
Telephone: (601) 352-2269
Facsimile: (601) 352-4769

*Counsel for Plaintiffs*
*Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 10, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all attorneys of record in this proceeding.

                                           */s/ Marc E. Elias*
                                           Marc E. Elias